AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Heather Erica Betz, )<br>*Plaintiff* )<br>v. )<br>St. Joseph's-Candler Health System Inc., )<br>*Defendant* ) | Civil Action No.   9:21-cv-03016-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Heather Erica Betz, shall take nothing of Defendant, St. Joseph's-Candler Health System Inc., as to the complaint filed pursuant to 28 U.S.C. § 1332 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendicks, United States District Judge, presiding.

Date:   September 26, 2022                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/H.Cornwell
                                                                                      _____
                                                                                      *Signature of Clerk or Deputy Clerk*